692

39 So.2d 926

**Joe PRICE v. STATE.**

**8 Div. 691.**

Court of Appeals of Alabama.
Feb. 1, 1949.

J. Foy Guin and H. H. Hamilton, both of Russellville, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

39 So.2d 60

**W. T. PUCKETT v. STATE.**

**8 Div. 729.**

Court of Appeals of Alabama.
Jan. 25, 1949.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

41 So.2d 924

**Elnora RAINEY, alias Rainer v. STATE.**

**6 Div. 790.**

Court of Appeals of Alabama.
May 3, 1949.

A. A. Carmichael, Atty. Gen., for the state.

CARR, Judge.

Affirmed.

38 So.2d 204

**Clarence O. REVEL v. STATE.**

**4 Div. 76.**

Court of Appeals of Alabama.
Oct. 19, 1948.

A. L. Patterson, of Phenix City, and Jacob A. Walker, of Opelika, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Appeal dismissed, motion of appellant.

38 So.2d 204

**Otis ROBERTS, alias Son Robinson v. STATE.**

**4 Div. 86.**

Court of Appeals of Alabama.
Nov. 9, 1948.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

41 So.2d 924

**Floyd ROBINSON v. STATE.**

**6 Div. 786.**

Court of Appeals of Alabama.
April 26, 1949.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.